# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

ARNOLDO ALEXANDER VASQUEZ,

          Defendant.

CASE NO. 11CR3547-H

**JUDGMENT OF DISMISSAL**

FILED SEP 21 2011 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in case #11CR4091-H against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Information:

8:1326(a) and (b)

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: SEPTEMBER 20, 2011

BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE